UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CENTRIC PIPE LLC,<br><br>　　Plaintiff,<br><br>　　and<br><br>LE COMMODITIES, LLC, TREK METALS, INC., ENERGY PIPE & EQUIPMENT RENTALS, LLC, and KANA ENERGY SERVICES, INC.,<br><br>　　Consolidated-Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>　　Defendant,<br><br>　　and<br><br>U.S. OCTG MANUFACTURERS ASSOCIATION,<br><br>　　Defendant-Intervenor. | Before: Joseph A. Laroski, Jr., Judge<br><br>Consol. Court No. 25-00182 |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Status Report and Proposed Briefing Schedule and pursuant to U.S. Court of International Trade Rules 16 and 56.2, it is hereby:

**ORDERED** that the briefing of this action shall proceed in accordance with the schedule and word count limitations set forth below:

Consol. Court No. 25-00182
Page 2

| FILING | DEADLINE | WORD LIMIT |
|---|---|---|
| 1. USCIT Rule 56.2 Motion for Judgment on the Agency Record and Accompanying Briefs filed by Plaintiff and Consolidated Plaintiffs | March 12, 2026 | 14,000 |
| 2. Response Brief of Defendant | June 17, 2026 | 14,000 |
| 3. Response Brief of Defendant-Intervenor | July 17, 2026 | 14,000 |
| 4. Reply Brief of Plaintiff and Consolidated Plaintiffs | August 17, 2026 | 7,000 |
| 5. Joint Appendix | August 31, 2026 | Not Applicable |
| 6. Motions for Oral Argument | September 7, 2026 | Not Applicable |

Further, the briefs filed by Defendant-Intervenor should not repeat arguments made in earlier filed briefs. The provisions regarding the calculation and certification of the word count contained in the Standard Chambers Procedures shall govern except as otherwise indicated in this Order.

/s/     Joseph A. Laroski, Jr.
Judge

Dated: December 8, 2025
       New York, New York