**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE JOSEPH A. LAROSKI, JR., JUDGE**

| | |
|---|---|
| CENTRIC PIPE, LLC, | ) |
| Plaintiff, | ) |
| | ) Consol. Court No. 25-00182 |
| LE COMMODITIES, LLC, TREK METALS, INC., ENERGY PIPE & EQUIPMENT RENTALS, LLC, And KANA ENERGY SERVICES, INC., | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, and | ) |
| U.S. OCTG MANUFACTURERS ASSOCIATION, | ) |
| Defendant-Intervenor. | ) |

**RESPONSE IN OPPOSTION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

Defendant, the United States, respectfully opposes the motion for leave to file amended complaints by the consolidated plaintiffs. The United States adopts the reasons and arguments set forth by defendant-intervenor, U.S. OCTG Manufacturers Association (USOMA), in its reply in opposition to the motion, filed at ECF No. 38.

We also add that this case differs from *Superior Commercial Solutions, LLC v. United States,* No. 24-52 (CIT 2025), the case on which consolidated plaintiffs rely, in that consolidated plaintiffs do not plead that they have suffered any injury by the failure to initiate an investigation within 15 days after the allegation was received. Consolidated

plaintiffs also do not plead any injury that they suffered as a result of not having received notification of Customs' investigation until interim measures were issued.

For these reasons, along with the reasons articulated in USOMA's reply, we oppose amendment to the complaints and request that the Court deny the motion for leave.

                              Respectfully submitted,

                              BRETT A. SHUMATE
                              Assistant Attorney General

                              PATRICIA M. McCARTHY
                              Director

                              <u>/s/ Claudia Burke</u>
                              CLAUDIA BURKE
                              Deputy Director

                              <u>/s/Margaret J. Jantzen</u>
                              MARGARET J. JANTZEN
                              Senior Trial Counsel
                              U.S. Department of Justice
                              Civil Division
                              P.O. Box 480, Ben Franklin Station
                              Washington, D.C. 20044
                              Tel: (202) 353-7994
                              Email: Margaret.j.jantzen@usdoj.gov

January 12, 2026                    *Attorneys for Defendant*